AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pfaelzer, Mariana R. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>5/4/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 North Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Norton Simon Museum |
| 2. Trustee | Trust # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pfaelzer, Mariana R. | 5/4/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. VARIOUS | DISTRIBUTION FROM RETIREMENT ACCOUNT FROM JUDICIAL RETIREES & SURVIVORS (ADMIN OFFICE OF THE US COURTS) | $173,608.00 |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1 | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Wells Fargo Bank IRA (CDs) | C | Interest | M | T | | | | | |
| 2 | | D | Distribution | | | | | | | See Section VIII |
| 3 | Wells Fargo Checking | A | Interest | K | T | | | | | |
| 4. | Wells Fargo IRA # 1 (U.S. Treasury Notes) | F | Interest | P1 | T | | | | | |
| 5. | | G | Distribution | | | | | | | See Section VIII |
| 6. | Wells Fargo Custody Account # 1 -header | | | | | | | | | |
| 7. | - Zenith National Insurance Co. Common Stock | D | Dividend | M | T | | | | | |
| 8. | -Shares Wells Fargo CA Tax-Free Money Market Fund | A | Dividend | M | T | | | | | |
| 9. | - CA State 6.1% 10/1/09 - ▨ | D | Interest | | | Matured | 10/01/09 | L | | |
| 10. | - CA State 5.0% 3/1/09 - ▨ | D | Interest | | | Matured | 03/01/09 | M | | |
| 11. | - CA State 5.0% 3/1/09 - ▨ | C | Interest | | | Matured | 03/01/09 | L | | |
| 12. | - CA State 5.0% 2/1/09 - ▨ | C | Interest | | | Matured | 2/1/09 | L | | |
| 13. | - CA State 4.5% 2/1/09 - ▨ | C | Interest | | | Matured | 2/1/09 | M | | |
| 14. | - CA Infrastructure & Econ 5.0% 10/1/09 - ▨ | D | Interest | | | Matured | 10/1/09 | L | | |
| 15. | - CA State 5.0% 6/1/09 - ▨ | C | Interest | | | Matured | 6/1/09 | L | | |
| 16. | - CA State 5.0% 4/1/09 - ▨ | C | Interest | | | Matured | 4/1/09 | L | | |
| 17. | - CA State 5.0% 12/1/09 - ▨ | D | Interest | | | Matured | 12/1/09 | M | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - CA State Dep Water Res. Power 5.5% 5/1/09 - | B | Interest | | | Matured | 5/1/09 | L | | |
| 19. - CA State 6% 12/1/09 - | C | Interest | | | Matured | 12/01/09 | L | | |
| 20. - CA State Economic 5% 7/1/09 - | C | Interest | | | Matured | 07/01/09 | L | | |
| 21. - Riverside CA Sewer Rev 7% 8/1/09 - | B | Interest | | | Sold | 4/9/09 | L | | |
| 22. - Fresno CA Unified School District 4.5% 5/1/10 - | B | Interest | | | Sold | 4/9/09 | L | | |
| 23. - CA State 4.0% 6/1/10 - | C | Interest | M | T | | | | | |
| 24. - CA State 4.0% 2/1/10 - | C | Interest | M | T | | | | | |
| 25. - CA State 4.0% 11/1/10 - | B | Interest | | | Sold | 06/15/09 | M | | |
| 26. - CA State 5.0% 2/1/10 - | C | Interest | M | T | | | | | |
| 27. - CA State 5.0% 2/1/11 - | B | Interest | | | Sold | 6/15/09 | M | | |
| 28. - CA State 5.75% 2/1/11 - | C | Interest | | | Sold | 6/15/09 | M | | |
| 29. - CA State 5.75% 10/1/10 - | C | Interest | L | T | | | | | |
| 30. - CA State 5.0% 4/1/10 - | C | Interest | M | T | | | | | |
| 31. - CA State 5.25% 2/1/10 - | D | Interest | M | T | | | | | |
| 32. - CA State 5.375% 10/1/27 - | D | Interest | M | T | | | | | |
| 33. - CA State 5.5% 6/1/10 - | D | Interest | M | T | | | | | |
| 34. - CA State 5.5% 6/1/11 - | C | Interest | | | Sold | 6/15/09 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal L =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CA State 5.75% 5/1/30 - ▓ | D | Interest | M | T | | | | | |
| 36. - CA State Department Water 5.5% 5/1/10 - ▓ | C | Interest | | | Sold | 6/15/09 | M | | |
| 37. - CA State Economic 5.25% 1/1/10 - ▓ | E | Interest | N | T | | | | | |
| 38. - CA State Economic 5.25% 1/1/11 - ▓ | D | Interest | M | T | | | | | |
| 39. - CA State Economic 5.0% 1/1/11 - ▓ | C | Interest | M | T | | | | | |
| 40. - Elk Grove CA Fin 5.0% 9/1/10 - ▓ | B | Interest | | | Sold | 04/01/09 | L | | |
| 41. - Los Angeles CA Muni 5.0% 1/1/11 | B | Interest | | | Sold | 6/15/09 | M | | |
| 42. - Los Angeles CA WT 5.0% 7/1/10 - ▓ | C | Interest | | | Sold | 6/15/09 | M | | |
| 43. - LA, CA Antelope Valley Courthouse 4.375% 11/1/10 - ▓ | C | Interest | M | T | | | | | |
| 44. Sacramento CA City Fing Aut Cap Impt 5.45% 6/1/19 - ▓ | D | Interest | M | T | | | | | |
| 45. - CA State 5% - 12/1/16 - ▓ | D | Interest | M | T | | | | | |
| 46. - CA State 5% - 3/1/25 - ▓ | D | Interest | M | T | | | | | |
| 47. - CA State 5% - 4/1/11 - ▓ | B | Interest | | | Sold | 6/15/09 | M | | |
| 48. - CA State 5.125% - 6/1/31 - ▓ | D | Interest | M | T | | | | | |
| 49. - CA State 5.25% - 2/1/11 - ▓ | C | Interest | | | Sold | 6/15/09 | L | | |
| 50. - CA State 6.6% - 2/1/09 - ▓ | A | Interest | | | Matured | 2/1/09 | L | | |
| 51. - CA State 5.0% - 10/1/09 - ▓ | C | Interest | | | Matured | 10/1/09 | L | | |

1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
| U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer. Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - CA State Economic 5.0% - 1/1/09 - | A | Interest | | | Matured | 1/1/09 | M | | |
| 53. - CA State Economic 5% - 1/1/10 - | B | Interest | L | T | | | | | |
| 54. - CA State Economic 5.25% - 1/1/10 - | D | Interest | M | T | | | | | |
| 55. - CA State Public Work 5% - 1/1/11 - | B | Interest | | | Sold | 6/15/09 | M | | |
| 56. - Los Angeles CA 3.6% - 6/1/11 - | B | Interest | | | Sold | 04/09/09 | M | | |
| 57. - VR CA State Economic 5.0% - 7/1/23 - | D | Interest | N | T | | | | | |
| 58. - VR CA State Economic 3.5% - 7/1/23 - | C | Interest | M | T | | | | | |
| 59. - VR CA State Economic 5.0% - 7/1/23 - | E | Interest | O | T | | | | | |
| 60. - VR CA State Economic 5.0% - 7/1/23 - | D | Interest | M | T | | | | | |
| 61. - Sacramento CA CIT 5.75% - 7/1/13 - | C | Interest | | | Matured | 07/01/09 | L | | |
| 62. - South Orange County CA 8.0% - 8/15/09 - | C | Interest | | | Matured | 8/17/09 | L | | |
| 63. - US Treasury Notes 3.875% 7/15/10 - | D | Interest | N | T | | | | | |
| 64. - US Treasury Notes 4.25% - 1/15/11 - | C | Interest | M | T | | | | | |
| 65. - US Treasury Notes 4.5% - 11/15/10 - | D | Interest | N | T | | | | | |
| 66. - US Treasury Notes 4.5% - 2/28/11 - | C | Interest | M | T | | | | | |
| 67. - US Treasury Notes 4.125% - 8/15/10 - | C | Interest | M | T | | | | | |
| 68. - US Treasury Notes 4.25% - 10/15/10 - | D | Interest | M | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - US Treasury Notes 3.875% - 9/15/10 - ▨ | E | Interest | N | T | | | | | |
| 70. - US Treasury Notes 3.625% 1/15/10 - ▨ | D | Interest | M | T | | | | | |
| 71. - US Treasury Notes 3.625% - 6/15/10 - ▨ | C | Interest | M | T | | | | | |
| 72. - US Treasury Notes 4.625% - 8/31/11 - ▨ | D | Interest | M | T | Buy (add'l) | 02/09/09 | M | | |
| 73. - US Treasury Notes 4.5% - 9/30/11 - ▨ | D | Interest | M | T | Buy (add'l) | 02/03/09 | M | | |
| 74. - US Treasury Notes 4.5% - 9/30/11 - ▨ | B | Interest | M | T | Buy (add'l) | 06/22/09 | M | | |
| 75. - US Treasury Notes 4.5% - 9/30/11 - ▨ | B | Interest | M | T | Buy (add'l) | 9/4/09 | M | | |
| 76. - US Treasury Notes 4.625% - 10/31/11 - ▨ | D | Interest | M | T | Buy (add'l) | 02/03/09 | M | | |
| 77. - US Treasury Notes 4.625% - 10/31/11 - ▨ | B | Interest | M | T | Buy (add'l) | 9/4/09 | M | | |
| 78. - US Treasury Notes 4.875% - 7/31/11 - ▨ | D | Interest | M | T | Buy (add'l) | 02/03/09 | M | | |
| 79. - US Treasury Notes 4.875% - 7/31/11 - ▨ | B | Interest | M | T | Buy (add'l) | 06/22/09 | M | | |
| 80. - US Treasury Notes 5.0% - 8/15/11 - ▨ | C | Interest | M | T | Buy | 6/22/09 | M | | |
| 81. - US Treasury Notes 4.875% - 4/30/11 - ▨ | C | Interest | M | T | Buy | 2/24/09 | M | | |
| 82. - US Treasury Notes 4.875% - 4/30/11 - ▨ | C | Interest | M | T | Buy (add'l) | 03/09/09 | M | | |
| 83. - US Treasury Notes 4.875% - 4/30/11 - ▨ | C | Interest | M | T | Buy (add'l) | 3/26/09 | M | | |
| 84. - US Treasury Notes 4.875% - 4/30/11 - ▨ | C | Interest | M | T | Buy (add'l) | 04/06/09 | M | | |
| 85. - US Treasury Notes 4.875% - 5/31/11 - ▨ | C | Interest | M | T | Buy | 2/24/09 | M | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ **N●NE** _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - US Treasury Notes 4.875% - 5/31/11 - | C | Interest | M | T | Buy (add'l) | 03/09/09 | M | | |
| 87. - US Treasury Notes 4.875% - 5/31/11 - | C | Interest | M | T | Buy (add'l) | 4/6/09 | M | | |
| 88. - US Treasury Notes 5.125% - 6/30/11 - | C | Interest | M | T | Buy | 6/2/09 | M | | |
| 89. - US Treasury Notes 5.125% - 6/30/11 - | C | Interest | M | T | Buy (add'l) | 06/22/09 | M | | |
| 90. - US Treasury Notes 4.625% - 11/15/09 - | C | Interest | | | Redeemed | 11/15/09 | M | | |
| 91. - US Treasury Notes 4.5% - 11/30/11 - | C | Interest | M | T | Buy | 02/09/09 | M | | |
| 92. - US Treasury Notes 4.625% - 12/31/11 : | C | Interest | M | T | Buy | 02/09/09 | M | | |
| 93. - US Treasury Notes 4.75% - 1/31/12 - | B | Interest | M | T | Buy | 02/09/09 | M | | |
| 94. - US Treasury Notes 1.75% - 11/15/11 - | B | Interest | M | T | | | | | |
| 95. - US Treasury Notes 1.75% - 11/15/11 - | B | Interest | M | T | Buy (add'l) | 2/23/09 | M | | |
| 96. - US Treasury Notes 1.75% - 11/15/11 - | A | Interest | M | T | Buy (add'l) | 6/22/09 | M | | |
| 97. - US Treasury Notes 1.75% - 11/15/11 - | A | Interest | M | T | Buy (add'l) | 9/4/09 | M | | |
| 98. - US Treasury Notes 1.125% - 12/15/11 - | A | Interest | M | T | Buy | 2/3/09 | M | | |
| 99. - US Treasury Notes 1.125% - 12/15/11 - | A | Interest | M | T | Buy (add'l) | 6/22/09 | M | | |
| 100. - US Treasury Notes 1.125% - 12/15/11 - | A | Interest | M | T | Buy (add'l) | 11/20/09 | M | | |
| 101. - US Treasury Notes 0.875% - 3/31/11 - | A | Interest | M | T | Buy | 3/31/09 | M | | |
| 102. - US Treasury Notes 1.0% - 1/15/12 - | A | Interest | M | T | Buy | 2/3/09 | M | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes:      Q =Appraisal      R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - US Treasury Notes 1.0% - 1/15/12 - ▧ | A | Interest | M | T | Buy (add'l) | 5/18/09 | M | | |
| 104. - US Treasury Notes 1.375% - 5/15/12 - ▧ | | | | | Buy | 11/20/09 | M | | |
| 105. - US Treasury Notes 1.375% - 2/15/12 - ▧ | | | | | Buy | 11/20/09 | M | | |
| 106. - US Treasury Notes 1.5% - 7/15/12 - ▧ | | | | | Buy | 11/20/09 | M | | |
| 107. - US Treasury Notes 4.75 - 3/31/11 - ▧ | C | Interest | M | T | Buy | 02/24/09 | M | | |
| 108. - US Treasury Notes 4.75 - 3/31/11 - ▧ | C | Interest | M | T | Buy (add'l) | 03/09/09 | M | | |
| 109. 2010 Reservoir RD Investors LLC-Maryland **BALTIMORE** | D | Rent | L | U | | | | | |
| 110. | A | Interest | | | | | | | See Section VIII |
| 111 | A | Distribution | | | | | | | See Section VIII |
| 112. Trust # 1- header | | | | | | | | | |
| 113 - Shares Wells Fargo Govt Money Market Fund | A | Dividend | K | T | | | | | |
| 114. | | | | | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
  (See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. page 4, # 2 Distribution from # 1
VII. page 4, # 5. Distribution from # 4
VII. page 10. # 110. Interest from # 109
VII page 10, # 111 Distribution from # 109

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/4/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true. and complete to the best of my knowledge and belief. and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq.. 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544